**In the Interest of T.T.M.J–H.; L.M.N.H.; P.A.Q.J.;**

**Juvenile Officer and Division of Family Services, Respondent,**

v.

**A.D.J. (Mother); D.H. (Father);**

**Terron Beverly, Appellant.**

**Nos. WD 62697–WD 62699.**

Missouri Court of Appeals,
Western District.

Nov. 16, 2004.

Pamela Lambert, Columbia, MO, Attorney and Guardian for TTM–JH.

Daniel J. Pingleton, Columbia, MO, Attorney for ADJ.

Melissa McAllister, Columbia, MO, Attorney for Juvenile Officer.

Christena L. Nelson, Hallsville, MO, Attorney for D.H.

Gary L. Gardner, Jefferson City, MO, Attorney for Respondent Division of Family Services.

Before HOWARD, P.J.,
LOWENSTEIN and SMART, JJ.

*ORDER*

PER CURIAM.

This is an appeal from the trial court's order terminating parental rights pursuant to Section 211.447.

This court has reviewed the briefs of the parties and the record on appeal. Finding no reversible error, this court affirms the termination of parental rights. Because a published opinion reciting the facts and restating the applicable principles of law would have no precedential value, this court affirms by summary order under Rule 84.16(b).